IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-76-1FL(1)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ANDETRA SAMPSON | ) |

**AMENDED FINAL ORDER OF FORFEITURE**

WHEREAS, on January 31, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 982(a)(7), after a hearing by the Court in conjunction with the sentencing, based on the evidence presented by the government therein, the following property was forfeited to the United States, to wit:

**Real Property**

a) All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments, and easements, having the street address of 525 Woods Road, Pembroke, Robeson County, North Carolina, and being more particularly described in a deed recorded in Book 1105, pages 305-306 of the Robeson County Register of Deeds. Being titled in the names of Thomas J. Johnson and Jane Johnson.

b) All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments, and easements, having the street address of 525 Woods Road, Pembroke, Robeson

1

County, North Carolina, and being more particularly described in a deed recorded in Book 1183, pages 410-411 of the Robeson County Register of Deeds. Being titled in the name of Andetra Michelle Kochera.

c) All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments, and easements, having the street address of 909 West 3rd Street, Pembroke, Robeson County, North Carolina, and being more particularly described in a deed recorded in Book 1700, pages 513-514 of the Robeson County Register of Deeds. Being titled in the name of Andetra Sampson.

d) All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments, and easements, having the street address of 812 Harry West Lane, Pembroke, Robeson County, North Carolina, and being more particularly described in a deed recorded in Book 1666, pages 600-601 of the Robeson County Register of Deeds. Being titled in the name of Andetra Sampson.

e) All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments, and easements, having the street address of 140 Aqua Drive, Rowland, Robeson County, North Carolina, and being more particularly described in a deed recorded in Book 1624, pages 33-35 of the Robeson County

Register of Deeds.  Being titled in the name of Andetra M. Sampson.

f) All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments, and easements, having the street address of 140 Aqua Drive (land only), Rowland, Robeson County, North Carolina, and being more particularly described in a deed recorded in Book 1624, pages 33-35 of the Robeson County Register of Deeds.  Being titled in the name of Andetra M. Sampson.

**Currency**

The gross proceeds in the amount of $2,187,951.65, an amount not currently in the possession of or its whereabouts known to the Government;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between February 6, 2013 and March 7, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the potential petitioners as to the subject properties in this criminal forfeiture action are as follows: Romanual Sampson and the Robeson County Tax Administrator;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on Romanual Sampson, c/o his counsel of record, Steve Hight, via electronic mail on February 11, 2013;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the Robeson County Tax Administrator, via certified mail on February 7, 2013 by an agent of the U. S. Postal Service;

AND WHEREAS, service upon the subject real property located at 140 Aqua Drive, Rowland, Robeson County, North Carolina, and specifically listed in the Preliminary Order of Forfeiture as Items (e) and (f), was executed by posting of the Preliminary Order of Forfeiture on the property by an agent of the United States Secret Service on February 6, 2013;

AND WHEREAS, the United States has advised the Court that it is not pursuing a final forfeiture of those properties listed as Items (a), (b), (c) and (d) in the January 31, 2013 Preliminary Order of Forfeiture;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's January 31, 2013 Preliminary

Order of Forfeiture, other than those specifically mentioned herein;

AND WHEREAS, the United States advises the Court that it seeks to share part of the net recovery collected from the disposal of the defendant property as required in qui tam actions. Since the entry of the Final Order of Forfeiture on July 15, 2013, the Government has settled a related civil action, <u>United States ex. rel. Lewis Christopher Salome v. Country Layne Day Treatment, Andetra Michelle Sampson, R. Lynn Sampson, et. al.</u>, Case No. 7:08-CV-152-D, and agreed that fifteen percent of the net recovery collected on the forfeited property in this forfeiture action shall be disbursed as a necessary expense and alternate remedy by the United States to relator Lewis Christopher Salome. The relator is entitled to a relator share pursuant to 31 U.S.C. Section 3730(d).

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the remaining real property located at 140 Aqua Drive, Rowland, Robeson County, North Carolina, and specifically listed in the Preliminary Order of Forfeiture as Items (e) and (f), is hereby forfeited to the United States. That the United States Department of Treasury is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as

located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

3. That the United States Department of Treasury is directed to disburse fifteen percent of the net recovery collected on the forfeited property in this forfeiture action from the defendant as a necessary expense and alternate remedy by the United States to relator Lewis Christopher Salome, based upon the settlement in the related civil action, <u>United States ex. rel. Lewis Christopher Salome v. Country Layne Day Treatment, Andetra Michelle Sampson, R. Lynn Sampson, et. al.</u>, Case No. 7:08-CV-152-D, except for any proceeds that could only be collected in a criminal action. Payment to be made payable to Lewis Christopher Salome c/o his counsel, Robert Potter, 5821 Fairview Road, Suite 207, Charlotte, North Carolina 28209.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this **23rd** day of September, 2014.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE